**Order entered November 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00787-CV**

**IN THE INTEREST OF M.H.A. AND Z.H.A., CHILDREN**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53533-2018**

**ORDER**

Before the Court is court reporter Janet L. Dugger's October 28, 2020 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 28, 2020.

/s/     ERIN A. NOWELL
JUSTICE